**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Linda Ann Glover a/k/a Lynda Ann Glover | CHAPTER 13 |
| Debtor(s) | BKY. NO. 19-20069 CMB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Headlands Residential Series Owner Trust, Series A and index same on the master mailing list.

        Respectfully submitted,

        **/s/ Brian C. Nicholas, Esquire**
        Brian C. Nicholas, Esquire
        Attorney I.D. No. 317240
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        215-627-1322
        bnicholas@kmllawgroup.com