IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Linda Ann Glover,<br>　　　　　Debtor, | Bankruptcy No: 19-20069-CMB<br>Chapter 13 |
| Linda Ann Glover,<br>　　　　　Movant,<br>vs.<br><br>Ronda J. Winnecour, Chapter 13 Trustee, | Related to Document No. 120, 121, 122<br>Docket Document No. 124 |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTOR'S MOTION TO EXTEND TIME TO RESPOND TO TRUSTEE'S CERTIFICATE OF DEFAULT**

The undersigned certifies that, as of February 9, 2022 no answer, objection, or other responsive pleading to Debtor's Motion to Extend Time to Respond to Trustee's Certificate of Default filed on January 24, 2022 at Docket Document No. 120 and served on January 26, 2022 with Court scheduling order at Docket Document No. 122 has been received. The undersigned further certifies that the Court's docket in this case was reviewed February 9, 2022 at approximately 2:38 PM and no answer, to it appears thereon. Pursuant to the Order of Court Setting Hearing with Response Deadline filed on January 25, 2022 at Docket Document No121 objections to the Debtor's Motion were to be filed and served no later than February 8, 2022. It is hereby respectfully requested that the Proposed Order of Court filed at Docket Document 120 is implemented and the Debtor's Motion is granted.

Dated: February 9, 2022　　　　By:　　/s/ David A. Colecchia
　　　　　　　　　　　　　　　　　　　David A. Colecchia, Esquire
　　　　　　　　　　　　　　　　　　　David A. Colecchia and Associates
　　　　　　　　　　　　　　　　　　　Law Care
　　　　　　　　　　　　　　　　　　　324 S. Maple Ave.
　　　　　　　　　　　　　　　　　　　Greensburg, PA 15601-3219
　　　　　　　　　　　　　　　　　　　(724) 837-2320
　　　　　　　　　　　　　　　　　　　PA ID No. 71830
　　　　　　　　　　　　　　　　　　　colecchia542@comcast.net