IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Linda Ann Glover,<br>　　　　Debtor, | Bankruptcy No: 19-20069-CMB<br>Chapter 13 |
| Linda Ann Glover,<br>　　　　Movant,<br>　vs. | Related to Document No. 120<br>Docket Document No. |
| Ronda J. Winnecour, Chapter 13 Trustee, | **ENTERED BY DEFAULT** |

PROPOSED ORDER

AND NOW, this __9th__ day of __February__, 2022 sufficient cause being present the Court grants the Debtor's request and extends the time to respond to the Trustee's Certificate of Default an added 60 days or by March 25, 2022.

BY THE COURT

_Carlota M. Böhm_   dmk
Carlota M. Böhm, Judge U.S.
Bankruptcy Court

FILED
2/9/22 3:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-20069-CMB
Linda Ann Glover     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Feb 09, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2022:**

**Recip ID     Recipient Name and Address**
db     + Linda Ann Glover, 191 Eastside Drive, Greensburg, PA 15601-3901

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2022 at the address(es) listed below:

**Name     Email Address**

Brian Nicholas
    on behalf of Creditor Headlands Residential Series Owner Trust  Series A bnicholas@kmllawgroup.com

David A. Colecchia
    on behalf of Debtor Linda Ann Glover colecchia542@comcast.net
    dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us

Justin P. Schantz
    on behalf of Debtor Linda Ann Glover jschantz@my-lawyers.us
    colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;skerr@my-lawyers.us

Lisa Cancanon
    on behalf of Creditor Atlantica  LLC lisac@w-legal.com, Llombardi06@law.du.edu

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Feb 09, 2022 Form ID: pdf900 Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 7