IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Linda Ann Glover,<br>             Debtor, | Bankruptcy No: 19-20069-CMB<br>Chapter 13 |
| Headlands Residential Series Owner Trust, Series A,<br>             Movant,<br>        vs. | Related to Claim No. 7<br>Related to Document No. 127<br>Docket Document No. 128 |
| Linda Ann Glover,<br>             Respondent | Hearing Date: 4/26/2022 10:00 AM<br>Response Date: 3/31/2022 |

**NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE ON MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS**
*You are hereby notified that the Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **March 31, 2022**, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Böhm as found on her Procedures webpage at http://www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

*A Zoom Video Conference Hearing* will be held on **April 26, 2022 at 10:00 A.M**. before Chief Judge Carlota M. Böhm via the *Zoom Video Conference Application* ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following Meeting ID: 161 4380 0191 For questions regarding the connection, contact Judge Böhm's Chambers at 412-644-4328.

All attorneys and Parties may only appear by Zoom and must comply with Chief Judge Böhm's Zoom Procedures, which can be found on the Court's website at *https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf*.

      Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Böhm's Chambers to make telephonic arrangements.

      Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

**Date of service:  March 14, 2022**        /s/Justin P. Schantz
                                                            Justin P. Schantz, Esq.
                                                            Attorney for Movant/Applicant
                                                            David A. Colecchia and Associates
                                                            324 S. Maple Ave.
                                                            Greensburg, PA 15601
                                                            PA ID 210198
                                                            724-837-2320
                                                            Fax: 724-837-0602
                                                            jschantz@my-lawyers.us