IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Linda Ann Glover,<br>           Debtor, | Bankruptcy No: 19-20069-CMB<br>Chapter 13 |
| Linda Ann Glover,<br>           Movant,<br>      vs.<br>Headlands Residential Series Owner Trust,<br>Series A,  SN Servicing Corporation<br>and Ronda J. Winnecour, Chapter 13 Trustee, | Related to Document No. 129<br>Docket Document No. |

ORDER OF COURT

AND NOW, this __29th__ day of __Mary_____, 2022 sufficient cause being present the Court grants the Debtor's request, and a Status Conference is scheduled for _____ __10:00 a.m. on  April 26,__, 2022 where the Movant or her representative and the Respondents or their representativeS shall appear and participate by Zoom.

FILED
3/29/22 9:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT

*Carlota M. Böhm*  dmk
Carlota M. Böhm, Judge U.S.
Bankruptcy Court