IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Linda Ann Glover,<br>　　　　Debtor, | Bankruptcy No: 19-20069-CMB<br>Chapter 13 |
| Linda Ann Glover,<br>　　　　Movant,<br>　　vs.<br>Headlands Residential Series Owner Trust,<br>Series A,  SN Servicing Corporation<br>and Ronda J. Winnecour, Chapter 13 Trustee, | Related to Document No. 129<br>Docket Document No. |

ORDER OF COURT

AND NOW, this __29th__ day of __Mary_____, 2022 sufficient cause being present the Court grants the Debtor's request, and a Status Conference is scheduled for _____ __10:00 a.m. on  April 26,___, 2022 where the Movant or her representative and the Respondents or their representativeS shall appear and participate by Zoom.

FILED
3/29/22 9:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT

_Carlota M. Böhm_   dmk
————————————————
Carlota M. Böhm, Judge U.S.
Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20069-CMB |
| Linda Ann Glover | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 29, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Linda Ann Glover, 191 Eastside Drive, Greensburg, PA 15601-3901 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2022        Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Headlands Residential Series Owner Trust Series A bnicholas@kmllawgroup.com |
| David A. Colecchia | on behalf of Debtor Linda Ann Glover colecchia542@comcast.net<br>dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us |
| Justin P. Schantz | on behalf of Debtor Linda Ann Glover jschantz@my-lawyers.us<br>colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;skerr@my-lawyers.us |
| Lisa Cancanon | on behalf of Creditor Atlantica LLC lisac@w-legal.com, Llombardi06@law.du.edu |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 29, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 7