Date: 04/26/2022 10:00 am

In re:   Linda Ann Glover

Bankruptcy No. 19-20069-CMB
Chapter: 13
Doc. # 129

**Appearances:** Kate DeSimone, Justin Schantz, Brian Nicholas

**Nature of Proceeding:** #129 Motion for Status Conference to bring the record current and establish a due/set schedule for all the parties

**Additional Pleadings:**

**Judge's Notes:**
-Parties indicated a loan modification may occur. Requested continuance of 30-45 days. Parties indicated matter will be withdrawn if settled.
OUTCOME: Continued to 6/28 at 10:00 am.

Carlota Böhm
Chief U.S. Bankruptcy Judge

FILED
4/26/22 3:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA