PROCEEDING MEMO

**Date: 04/26/2022 10:00 am**

**In re:** Linda Ann Glover

                                        Bankruptcy No. 19-20069-CMB
                                        Chapter: 13
                                        Doc. # 127

**Appearances:** Kate DeSimone, Justin Schantz, Brian Nicholas

**Nature of Proceeding:** # 127 Objection to Notice of Mortgage Payment Change

**Additional Pleadings:** Notice of Mortgage Payment Change re Claim #7 of Headlands Residential Series Owner Trust, Series A
                      #131 Response to Objection
**Claims Register**

**Judge's Notes:**
-Parties indicated a loan modification may occur. Requested continuance of 30-45 days. Parties indicated matter will be withdrawn if settled.
OUTCOME: Continued to 6/28 at 10:00 am.

                                              **Carlota Böhm**
                                              **Chief U.S. Bankruptcy Judge**

FILED
4/26/22 3:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20069-CMB |
| Linda Ann Glover | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 26, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Linda Ann Glover, 191 Eastside Drive, Greensburg, PA 15601-3901 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 28, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Headlands Residential Series Owner Trust  Series A bnicholas@kmllawgroup.com |
| David A. Colecchia | on behalf of Debtor Linda Ann Glover colecchia542@comcast.net<br>dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us |
| Justin P. Schantz | on behalf of Debtor Linda Ann Glover jschantz@my-lawyers.us<br>colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us |
| Lisa Cancanon | on behalf of Creditor Atlantica  LLC lisac@w-legal.com, Llombardi06@law.du.edu |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2                      User: auto                            Page 2 of 2
Date Rcvd: Apr 26, 2022                   Form ID: pdf900                       Total Noticed: 1

        cmecf@chapter13trusteewdpa.com

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 7