# PROCEEDING MEMO

**Date: 06/28/2022 10:00 am**

**In re:   Linda Ann Glover**

**Bankruptcy No. 19-20069-CMB**
**Chapter: 13**
**Doc. # 127 & #128**

**Appearances:** Justin Schantz, Esq.
Brian Nicholas, Esq.
Owen Katz

**Nature of Proceeding:** # 127 & 128 Continued Hearing on Objection to Notice of Mortgage Payment Change

**Additional Pleadings:** #131 Response to Objection
#133 Proceeding memo dated 4/26/2022

**Judge's Notes:**

**Outcome:**  Hearing Held.  Matter Withdrawn.

FILED
6/28/22 4:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**