# PROCEEDING MEMO

**Date: 06/28/2022 10:00 am**

**In re:    Linda Ann Glover**

>Bankruptcy No. 19-20069-CMB
>Chapter: 13
>Doc. # 129 & 130

**Appearances:** Justin Schantz, Esq.
Brian Nicholas, Esq.
Owen Katz

**Nature of Proceeding:** # 129 & 130 Continued Status Conference

**Additional Pleadings:** #129 Motion for Status Conference
#130 Order Setting Status
#134 Proceeding memo dated 4/26/2022

**Judge's Notes:**

**Outcome:** Status Conference Held.  Matter Concluded.  Attorney Justin Schantz will file documents with the Court within 14 days by 07/12/2022.

FILED
6/28/22 4:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota Böhm
Chief U.S. Bankruptcy Judge