IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Case No. 19-20069-CMB |
| Linda Ann Glover, | Chapter 13 |
| Debtor, | Docket Document No. 144 |
| Linda Ann Glover, | Related to DD No. |
| Movant, | Related to Claim No. 7 |
| v. | |
| Headlands Residential Series Owner Trust, Series A | |
| Respondents. | |

## DECLARATION CONCERNING THE NOTICE OF MORTGAGE PAYMENT CHANGE DATED 03/07/2023

AND NOW Linda Ann Glover, through attorney David A. Colecchia, files the following Declaration concerning the November 2, 2022 Notice of Mortgage Payment Change. After review, the Debtor has determined the current Plan, dated February 2, 2021, confirmed March 1, 2021, and most recently modified by consent August 3, 2022, is sufficient to fund the Plan with the modified payment because there is a decrease in the escrow.

Dated: 4/14/2023

Respectfully Submitted,
/s/David A. Colecchia
David A. Colecchia, Esquire
Attorney for the Debtor
PA.I.D.No. 71830
David A. Colecchia and Associates
324 South Maple Avenue
Greensburg, PA 15601
(724)-837-2320
colecchia542@comcast.net