IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  Linda Ann Glover,                            Bankruptcy No: 19-20069-CMB
          Debtor,                                Chapter 13

Linda Ann Glover,
          Movant,                                Related to Document No. 147
    vs.                                         Docket Document No.

Ronda J. Winnecour, Chapter 13 Trustee,

PROPOSED ORDER

AND NOW, this _____1st_____ day of _____June_____, 2023 sufficient cause being

present the Court grants the Debtor's request and extends the time to respond to the Trustee's

Certificate of Default an added 14 days or by  June 14, 2023

BY THE COURT

_____  **dmk**
Carlota M. Böhm, Judge U.S.
Bankruptcy Court

FILED
6/1/23 1:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                              Case No. 19-20069-CMB

Linda Ann Glover                                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 01, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                        regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2023:**

**Recip ID             Recipient Name and Address**
db                  +  Linda Ann Glover, 191 Eastside Drive, Greensburg, PA 15601-3901

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2023                          Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2023 at the address(es) listed below:**

**Name                    Email Address**

Brian Nicholas
                        on behalf of Creditor Headlands Residential Series Owner Trust Series A bnicholas@kmllawgroup.com

David A. Colecchia
                        on behalf of Debtor Linda Ann Glover colecchia542@comcast.net
                        dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tk
                        onop@my-lawyers.us;LawCareECF@gmail.com

Justin P. Schantz
                        on behalf of Debtor Linda Ann Glover jschantz@my-lawyers.us
                        colecchia542@comcast.net;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us

Lisa Cancanon
                        on behalf of Creditor Atlantica LLC lisac@w-legal.com, Llombardi06@law.du.edu

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2                     User: auto                              Page 2 of 2
Date Rcvd: Jun 01, 2023                  Form ID: pdf900                         Total Noticed: 1

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com

S. James Wallace

                    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 7