**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| LINDA ANN GLOVER | Case No.:19-20069 |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/06/2019 and confirmed on 03/22/2019 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 61,855.90 |
| Less Refunds to Debtor | 2,633.54 | |
| TOTAL AMOUNT OF PLAN FUND | | 59,222.36 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,659.05 | |
| Trustee Fee | 2,680.66 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,339.71 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| CITIBANK NA - TRUSTEE CMLTI ASSET TR | 0.00 | 36,354.20 | 0.00 | 36,354.20 |
| Acct: 0181 | | | | |
| CITIBANK NA - TRUSTEE CMLTI ASSET TR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0181 | | | | |
| CITIBANK NA - TRUSTEE CMLTI ASSET TR | 26,698.93 | 4,801.01 | 0.00 | 4,801.01 |
| Acct: 0181 | | | | |
| MUNICIPAL AUTHORITY OF WESTMOREL | 4,600.00 | 4,585.13 | 860.20 | 5,445.33 |
| Acct: | | | | |
| | | | | 46,600.54 |
| **Priority** | | | | |
| DAVID A COLECCHIA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LINDA ANN GLOVER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LINDA ANN GLOVER | 835.67 | 835.67 | 0.00 | 0.00 |
| Acct: | | | | |
| LINDA ANN GLOVER | 1,172.20 | 1,172.20 | 0.00 | 0.00 |
| Acct: | | | | |

| 19-20069 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
|    LINDA ANN GLOVER | 625.67 | 625.67 | 0.00 | 0.00 |
|      Acct: | | | | |
|    LAW CARE | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    DAVID A COLECCHIA ESQ | 4,500.00 | 4,000.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    DAVID A COLECCHIA ESQ | 1,000.00 | 659.05 | 0.00 | 0.00 |
|      Acct: | | | | |
|    DAVID A COLECCHIA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    PA DEPT OF REVENUE** | 2,000.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    PEOPLES NATURAL GAS COMPANY LLC** | 0.00 | 4,972.11 | 0.00 | 4,972.11 |
|      Acct: 0451 | | | | |
|    CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|      Acct: XXXXXXXX CMB | | | | |
| | | | | 5,282.11 |
| Unsecured | | | | |
|    CAVALRY PORTFOLIO SERVICES LLC - AS | 2,870.62 | 0.00 | 0.00 | 0.00 |
|      Acct: 5684 | | | | |
|    LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 4784 | | | | |
|    PEOPLES NATURAL GAS CO LLC* | 781.19 | 0.00 | 0.00 | 0.00 |
|      Acct: 9312 | | | | |
|    CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    IC SYSTEM INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 1001 | | | | |
|    MASON GELDER FUNERAL HOME | 1,757.50 | 0.00 | 0.00 | 0.00 |
|      Acct: SVCS | | | | |
|    PET REMOVAL AND CREMATION SERVICE | 483.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 0406 | | | | |
|    WEST PENN POWER* | 245.88 | 0.00 | 0.00 | 0.00 |
|      Acct: 4486 | | | | |
|    LAW OFFICE OF SCOTT E. AVOLIO | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    PARKER MCCAY PA | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    NATIONAL ACTION FINANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | | | 51,882.65 |
|---|---|---|---|---|

TOTAL CLAIMED
PRIORITY      2,310.00
SECURED      31,298.93
UNSECURED     6.138.19

Date: 05/01/2024                                /s/ Ronda J. Winnecour
                                                RONDA J WINNECOUR PA ID #30399
                                                CHAPTER 13 TRUSTEE WD PA
                                                600 GRANT STREET
                                                SUITE 3250 US STEEL TWR
                                                PITTSBURGH, PA  15219
                                                (412) 471-5566
                                                cmecf@chapter13trusteewdpa.com