**Fill in this information to identify the** Fill in this information to identify the case:

Debtor 1    Linda Ann Glover a/k/a Lynda Ann Glover

Debtor 2

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number    19-20069 CMB

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Headlands Residential Series Owner Trust, Series A

**Court claim no.** (if known): 7-1

**Last 4 digits** of any number you use to identify the debtor's account: 8736

**Date of payment change:**
Must be at least 21 days after date of this notice    04/01/2022

**New total payment:**    $631.92
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $138.95    New escrow payment: $212.24

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____    New mortgage payment: $_____

Official Form 410S1    Notice of Mortgage Payment Change    page 1

Debtor(s)   <u>Linda            Ann            Glover</u>          Case number (*if known*)  <u>19-20069 CMB</u>
            First Name      Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ <u>Brian C. Nicholas (Atty ID: 317240)</u>                           Date  <u>02/21/2022</u>
     Signature
**Print:** Brian Nicholas
       21 Feb 2022, 12:49:44, EST

Title  <u>Attorney for Creditor</u>

Company  <u>KML Law Group, P.C.</u>

Address  <u>701        Market Street, Suite 5000</u>
         Number     Street
         <u>Philadelphia,</u>                          <u>PA</u>    <u>19106</u>
         City                                      State    ZIP Code

Contact phone  <u>(215) 627–1322</u>        Email  <u>bkgroup@kmllawgroup.com</u>