**Fill in this information to identify the** **Fill in this information to identify the case:**

Debtor 1    Linda Ann Glover a/k/a Lynda Ann Glover

Debtor 2

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number   19-20069 CMB

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Headlands Residential Series Owner Trust, Series A

**Court claim no.** (if known): 7-1

**Last 4 digits** of any number you use to identify the debtor's account: 8736

**Date of payment change:**
Must be at least 21 days after date of this notice        05/01/2023

**New total payment:**        $628.30
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $212.24        New escrow payment: $208.62

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %        New interest rate: _____ %

   Current principal and interest payment: $_____        New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change: _____

   Current mortgage payment: $_____        New mortgage payment: $_____

Document ID: e5c0cea12e1105516fc45d20de42da5db3ae4fa6c3f46e101ec44a63e3e97d7b

Debtor(s)  <u>Linda            Ann              Glover</u>  
           First Name       Middle Name       Last Name

Case number (*if known*)  <u>19-20069 CMB</u>

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/<u>Brian C. Nicholas (Atty ID: 317240)</u>  
   Signature  
Print: Brian Nicholas  
07 Mar 2023, 13:30:04, EST

Date  03/07/2023

Title  <u>Attorney for Creditor</u>

Company  <u>KML Law Group, P.C.</u>

Address  <u>701          Market Street, Suite 5000</u>  
         Number       Street  
         Philadelphia,                         PA    19106  
         City                                  State  ZIP Code

Contact phone  (215) 627–1322

Email  <u>bkgroup@kmllawgroup.com</u>

---

Official Form 410S1                 **Notice of Mortgage Payment Change**                 page 2