**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

JANET H GLOVER
191 EASTSIDE DR
GREENSBURG PA  15601

Analysis Date: February 22, 2023                                                                                                                                                Final
Property Address: 191 EASTSIDE DRIVE  GREENSBURG, PA 15601                                                                                Loan:

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from Sept 2021 to Apr 2023.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective May 01, 2023: |
|---|---|---|
| Principal & Interest Pmt: | 419.68 | 419.68 |
| Escrow Payment: | 212.24 | 208.62 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $631.92 | $628.30 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | May 01, 2023 |
| Escrow Balance: | (632.84) |
| Anticipated Pmts to Escrow: | 0.00 |
| Anticipated Pmts from Escrow (-): | 614.11 |
| Anticipated Escrow Balance: | ($1,246.95) |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 0.00 | 0.00 |
| Sep 2021 | | | | 1,272.75 | * | School Tax | 0.00 | (1,272.75) |
| Oct 2021 | | | | 225.03 | * | Forced Place Insur | 0.00 | (1,497.78) |
| Nov 2021 | | 277.90 | | | * | | 0.00 | (1,219.88) |
| Nov 2021 | | | | 72.95 | * | Forced Place Insur | 0.00 | (1,292.83) |
| Dec 2021 | | 277.90 | | | * | | 0.00 | (1,014.93) |
| Dec 2021 | | 138.95 | | | * | | 0.00 | (875.98) |
| Dec 2021 | | | | 72.73 | * | Forced Place Insur | 0.00 | (948.71) |
| Jan 2022 | | (555.80) | | | * | | 0.00 | (1,504.51) |
| Jan 2022 | | 350.74 | | | * | Escrow Only Payment | 0.00 | (1,153.77) |
| Jan 2022 | | 10,440.79 | | | * | | 0.00 | 9,287.02 |
| Jan 2022 | | | | 72.39 | * | Forced Place Insur | 0.00 | 9,214.63 |
| Jan 2022 | | | 9,214.63 | | * | | 0.00 | 0.00 |
| Jan 2022 | | | 10,440.79 | | * | | 0.00 | (10,440.79) |
| Feb 2022 | | 138.95 | | | * | | 0.00 | (10,301.84) |
| Feb 2022 | | | | 72.84 | * | Forced Place Insur | 0.00 | (10,374.68) |
| Mar 2022 | | 138.95 | | | * | | 0.00 | (10,235.73) |
| Mar 2022 | | (277.90) | | | * | | 0.00 | (10,513.63) |
| Mar 2022 | | 14,363.48 | | | * | Escrow Only Payment | 0.00 | 3,849.85 |
| Mar 2022 | | | | 72.73 | * | Forced Place Insur | 0.00 | 3,777.12 |
| Mar 2022 | | | 3,777.12 | | * | Escrow Only Payment | 0.00 | 0.00 |
| Apr 2022 | | 138.95 | | | * | | 0.00 | 138.95 |

Page 1

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Apr 2022 | | 400.09 | * | City/Town Tax | 0.00 | (261.14) |
| Apr 2022 | | 72.84 | * | Forced Place Insur | 0.00 | (333.98) |
| May 2022 | 138.95 | | * | | 0.00 | (195.03) |
| May 2022 | | 72.72 | * | Forced Place Insur | 0.00 | (267.75) |
| Jun 2022 | 138.95 | | * | | 0.00 | (128.80) |
| Jun 2022 | | 72.59 | * | Forced Place Insur | 0.00 | (201.39) |
| Jul 2022 | 138.95 | | * | | 0.00 | (62.44) |
| Jul 2022 | | 72.47 | * | Forced Place Insur | 0.00 | (134.91) |
| Aug 2022 | 138.95 | | * | | 0.00 | 4.04 |
| Aug 2022 | 555.80 | | * | | 0.00 | 559.84 |
| Aug 2022 | | 72.35 | * | Forced Place Insur | 0.00 | 487.49 |
| Sep 2022 | | 71.73 | * | Forced Place Insur | 0.00 | 415.76 |
| Sep 2022 | | 1,247.31 | * | School Tax | 0.00 | (831.55) |
| Oct 2022 | 138.95 | | * | | 0.00 | (692.60) |
| Oct 2022 | 138.95 | | * | | 0.00 | (553.65) |
| Oct 2022 | | 71.73 | * | Forced Place Insur | 0.00 | (625.38) |
| Nov 2022 | 138.95 | | * | | 0.00 | (486.43) |
| Nov 2022 | | 71.47 | * | Forced Place Insur | 0.00 | (557.90) |
| Dec 2022 | 138.95 | | * | | 0.00 | (418.95) |
| Dec 2022 | | 71.34 | * | Forced Place Insur | 0.00 | (490.29) |
| Jan 2023 | (138.95) | | * | | 0.00 | (629.24) |
| Jan 2023 | | 71.21 | * | Forced Place Insur | 0.00 | (700.45) |
| Feb 2023 | 138.95 | | * | | 0.00 | (561.50) |
| Feb 2023 | | 71.34 | * | Forced Place Insur | 0.00 | (632.84) |
| | | | | Anticipated Transactions | 0.00 | (632.84) |
| Feb 2023 | | 71.34 | | Forced Place Insur | | (704.18) |
| Mar 2023 | | 71.34 | | Forced Place Insur | | (775.52) |
| Apr 2023 | | 71.34 | | Forced Place Insur | | (846.86) |
| Apr 2023 | | 400.09 | | City/Town Tax | | (1,246.95) |
| | $0.00 $27,100.31 | $0.00 $28,347.26 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 0.00. Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Analysis Date: February 22, 2023                                                                                                  Final
Borrower: JANET H GLOVER                                                                                                          Loan:

**Annual Escrow Account Disclosure Statement**
**Projections for Coming Year**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | From Escrow | Description | Escrow Balance Anticipated | Required |
|---|---|---|---|---|---|
| | | | Starting Balance | (1,246.95) | 835.48 |
| May 2023 | 208.62 | 71.34 | Forced Place Insur | (1,109.67) | 972.76 |
| Jun 2023 | 208.62 | 71.34 | Forced Place Insur | (972.39) | 1,110.04 |
| Jul 2023 | 208.62 | 71.34 | Forced Place Insur | (835.11) | 1,247.32 |
| Aug 2023 | 208.62 | 71.34 | Forced Place Insur | (697.83) | 1,384.60 |
| Sep 2023 | 208.62 | 1,247.31 | School Tax | (1,736.52) | 345.91 |
| Sep 2023 | | 71.34 | Forced Place Insur | (1,807.86) | 274.57 |
| Oct 2023 | 208.62 | 71.34 | Forced Place Insur | (1,670.58) | 411.85 |
| Nov 2023 | 208.62 | 71.34 | Forced Place Insur | (1,533.30) | 549.13 |
| Dec 2023 | 208.62 | 71.34 | Forced Place Insur | (1,396.02) | 686.41 |
| Jan 2024 | 208.62 | 71.34 | Forced Place Insur | (1,258.74) | 823.69 |
| Feb 2024 | 208.62 | 71.34 | Forced Place Insur | (1,121.46) | 960.97 |
| Mar 2024 | 208.62 | 71.34 | Forced Place Insur | (984.18) | 1,098.25 |
| Apr 2024 | 208.62 | 71.34 | Forced Place Insur | (846.90) | 1,235.53 |
| Apr 2024 | | 400.09 | City/Town Tax | (1,246.99) | 835.44 |
| | $2,503.44 | $2,503.48 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 274.57. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 417.25 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is (1,246.95). Your starting balance (escrow balance required) according to this analysis should be $835.48. This means you have a shortage of 2,082.43. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to do nothing.

We anticipate the total of your coming year bills to be 2,503.48. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Analysis Date: February 22, 2023  
Borrower: JANET H GLOVER  
Final  
Loan: ▆▆▆▆

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 208.62 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $208.62 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the original appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**