**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Linda Ann Glover a/k/a Lynda Ann Glover**<br>       **Debtor(s)**<br><br>**Headlands Residential Series Owner Trust, Series A**<br>       **Movant**<br>  vs.<br><br>**Linda Ann Glover a/k/a Lynda Ann Glover**<br>       **Debtor(s)**<br><br>**Ronda J. Winnecour,**<br>       **Trustee** | **BK NO. 19-20069 CMB**<br><br>**Chapter 13**<br><br>**Related to Claim No. 7-1** |

**CERTIFICATE OF SERVICE**

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on March 7, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Linda Ann Glover a/k/a Lynda Ann Glover
191 Eastside Drive
Greensburg, PA 15601

Attorney for Debtor(s)
DAVID A. COLECCHIA, ESQUIRE
Law Care, (VIA ECF)
324 South Maple Avenue
Greensburg, PA 156013219

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: March 7, 2023

                  **/s/ Brian C. Nicholas**
                  Brian C. Nicholas, Esquire
                  Attorney I.D. 317240
                  KML Law Group, P.C.
                  BNY Mellon Independence Center
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106
                  201-549-5366
                  bnicholas@kmllawgroup.com